# JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

Juan Valdez,                                )   NO. CV 21-5794 FMO (MAAx)
                                            )
            Plaintiff(s),                   )
                                            )
      v.                                    )   **ORDER DISMISSING ACTION WITHOUT**
                                            )   **PREJUDICE**
                                            )
FCA US LLC et al,                           )
                                            )
            Defendant(s).                   )
_____ )

 Having been advised by counsel that the above-entitled action has been settled, IT IS

ORDERED that the above-captioned action is hereby **dismissed** without costs and without

prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,**

to re-open the action if settlement is not consummated.  The court retains full jurisdiction over this

action  and this Order shall not prejudice any party to this action.

Dated this 16th day of November, 2021.

/s/
_____
     Fernando M. Olguin
    United States District Judge