1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JUAN VALDEZ,

Plaintiff,

 v.

FCA US LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive,

Defendants.

CASE NO: 2:21-cv-05794-FMO-MAA

**ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Honorable Fernando M. Olguin

-1-

ORDER GRANTING JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The Joint Stipulation is approved. The entire action is hereby dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 1, 2022

_____/s/_____
HONORABLE FERNANDO M. OLGUIN